HERBERT N. FELL et al., Composing the Firm of FELL & FELL, Respondents, *v.* STEPAN DE KOSENKO et al., Appellants.

*Fell* v. *de Kosenko,* 142 App. Div. 936, affirmed.
(Submitted May 20, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 6, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on a promissory note.

*Benjamin N. Cardozo* for appellants.

*Charles P. Northrup* and *Charles H. Edwards* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: VANN, J.